963 F.2d 1522
 Dial Ace Uniform
v.
Liberty Mutual Ins.
 NO. 92-7087
 United States Court of Appeals,
Second Circuit.
 Apr 30, 1992
 
 1
 Appeal From: E.D.N.Y.
 
 
 2
 AFFIRMED.
 
 
 3
 Federal Reporter. The Second Circuit provides by rule for
 
 
 4
 disposition by summary order when a decision is unanimous
 
 
 5
 and each judge believes that 'no jurisprudential purpose
 
 
 6
 would be served by a written opinion.' Decisions without
 
 
 7
 formal opinions 'shall not be cited or otherwise used in
 
 
 8
 unrelated cases.' Second Circuit Rules, § 0.23, 28 U.S.C.A.)